427 A.2d 262

Leu v. Leu, Appellant.

Argued November 12, 1979. W. McC. Miller, for appellant; Roslyn M. Litman, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Orders affirmed.

427 A.2d 262

Deanna Lynn M., Appellant, v. Henry R. M.

Argued April 16, 1980. William B. Stevenson, for appellant; Joseph M. Loughren, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

PRICE, J., filed a memorandum dissenting statement.